No. 3481.—Pueblo, apldo., *v.* Lausell, aplte.—C. D. Aguadilla. Portar armas. Abril 24, 1928.

No. 3480.—Pueblo, apldo., *v.* Martínez (*a*) Patón, aplte. —C. D. San Juan. Escalamiento. Abril 24, 1928.

No. 3478.—Pueblo, apldo., *v.* Torres Rojas, aplte.—C. D. San Juan. Portar armas. Abril 24, 1928.

No. 3476.—Pueblo, apldo., *v.* Ruiz, aplte.—C. D. San Juan. Portar armas. Abril 24, 1928.

No. 3404.—Pueblo, apldo., *v.* García Rivera, aplte.—C. D. San Juan. Portar armas. Abril 24, 1928.

No. 3512.—Pueblo, apldo., *v.* Martínez Cintrón, aplte.—C. D. San Juan. Homicidio voluntario. Abril 24, 1928.

No. 3503.—Pueblo, apldo., *v.* Gotay, aplte.—C. D. San Juan. Portar armas. Abril 26, 1928.

No. 3490.—Pueblo, apldo. *v.* Alemán, aplte.—C. D. San Juan. Homicidio voluntario. Abril 26, 1928.

No. 3487.—Pueblo, apldo., *v.* Ramos, aplte.—C. D. San Juan. Portar armas. Abril 26, 1928.

No. 3488.—Pueblo, apldo., *v.* Pérez, aplte.—C. D. San Juan. Acometimiento y agresión simple. Abril 26, 1928.

Nos. 3523, 3524, 3525.—Pueblo, apldo., *v.* Ortiz, aplte.— C. D. Ponce. Abuso de confianza. Mayo 23, 1928.

No. 3516.—Pueblo, apldo. *v.* Burgos, aplte.—C. D. Humacao. Homicidio voluntario. Mayo 23, 1928.

No. 3515.—Pueblo, apldo. *v.* Pagán, aplte.—C. D. San Juan. Infracción Ley de Prohibición. Mayo 23, 1928.

No. 3502.—Pueblo, apldo., *v.* Alvarez, aplte.—C. D. San Juan. Delito contra la salud pública. Mayo 23, 1928.

No. 3494.—Pueblo, apldo., *v.* Torres, aplte.—C. D. San Juan. Acometimiento y agresión grave. Mayo 23, 1928.

No. 3452.—Pueblo, apldo., *v.* Pacheco, aplte. — C. D. Ponce. Abuso de confianza. Mayo 23, 1928.

No. 3424.—Pueblo, apldo., *v.* Maldonado, aplte.—C. D. Humacao. Portar armas. Mayo 23, 1928.

No. 3518.—Pueblo, apldo., *v.* Sánchez, aplte.—C. D. San Juan. Adulteración de leche. Mayo 29, 1928.